# EXHIBIT B

```
 1                   UNITED STATES DISTRICT COURT

 2                   WESTERN DISTRICT OF MICHIGAN

 3                         SOUTHERN DIVISION

 4

 5              *         *         *         *

 6

 7   UNITED STATES OF AMERICA,
         Plaintiff,
 8                                    Case No. 1:20-CV-502
                                      Hon. Robert J. Jonker
 9                                    U.S. District Court Judge
     - vs. -
10
     DARRELL JONES, FATIMA JONES, and
11   JONES INVESTING, LLC,
         Defendants.
12
     _____/
13

14

15                   VIDEO CONFERENCE DEPOSITION OF

16   DEPONENT:      FATIMA JONES

17   DATE:          Wednesday, September 1, 2021

18   TIME:          9:06 a.m.

19   LOCATION:      Video Conference via Zoom

20                  Michigan

21

22   REPORTED BY:   JENNIFER DIANE CLAUSON, CSR-6867

23                  O'Brien & Bails Court Reporting

24                  (800) 878-8750

25
```

1  A. That's correct.

2  Q. As apart of that business, you and your husband purchase

3     homes, correct?

4  A. Yes.

5  Q. As apart of that business, you and your husband sell

6     homes, is that right?

7  A. We don't -- yes, let me say yes, yes.

8  Q. Is there anything you want to clarify?

9  A. I just wanted to clarify that we started off by buying

10    properties and selling them and then we decided that we

11    wanted to rent houses to keep properties instead of

12    selling them so that we could have some retirement income.

13  Q. Okay.  So as you mentioned, you also rent out homes as

14    apart of the business?

15  A. Yes.

16  Q. Are there any other aspects of the business that we

17    haven't covered?

18  A. No.

19  Q. Does your husband have any other sort of business or

20    source of income aside from the real estate business?

21  A. No.

22  Q. When did you and your husband first get involved in the --

23    the real estate business?

24  A. It may have been 2006 or 2008, somewhere in -- at least

25    2006.

1  Q. Why did you decide to create Jones Investing, LLC?
2  A. We were advised by an attorney to create that to separate
3     our personal from our business, that if we were going to
4     be doing business, purchasing real estate, then we should
5     be having an LLC and so that -- that's what prompted us to
6     create the Jones Investing, LLC.
7  Q. Do you conduct all business associated with your rental
8     properties through Jones Investing, LLC?
9  A. No.
10 Q. What business do you conduct associated with your rental
11    properties not through Jones Investing?
12 A. Some of the properties are not owned or titled to Jones
13    Investing.  Some of the properties are titled to Darrell
14    and Fatima Jones.
15 Q. Okay.  Have you received any PPP payments as a result of
16    individual or tenants that are unable to pay?
17 A. Yes.
18 Q. How much have you received?
19 A. Approximately 70,000.
20 Q. When did you apply for those?  Did you have to apply for
21    those?
22 A. Of course, yes.
23 Q. When did you apply?
24 A. I'm not sure of the dates that I applied, but we applied
25    for them twice.

| | |
|---|---|
| 1 | Q. What are your responsibilities with regard to the business |
| 2 | and what does your husband handle? |
| 3 | A. I review the applications to decide and to decipher if the |
| 4 | information is accurate and real, if they have enough |
| 5 | income, how many people want to rent the property, how big |
| 6 | is the property for -- for this family.  I do the lease |
| 7 | agreements.  I make contact with the employers and the |
| 8 | previous landlords.  I create a file for this family.  I |
| 9 | write the receipts out.  I do whatever.  I'm doing the |
| 10 | paperwork.  My husband he takes in the application.  He |
| 11 | will meet perspective clients at the property, opens the |
| 12 | door for them, let them go and review it and tour it.  If |
| 13 | they are interested, they do fill out an application, he |
| 14 | brings it back to me, and I determine whether or not they |
| 15 | can rent that property. |
| 16 | Q. Okay.  So I understand that you and your husband own some |
| 17 | properties jointly, he owns some properties independently, |
| 18 | and the LLC owns some properties, is that fair -- |
| 19 | A. Yeah. |
| 20 | Q. -- is that correct? |
| 21 | A. That's correct. |
| 22 | Q. Does the division of labor that you just described apply |
| 23 | across all of those properties regardless of who's listed |
| 24 | as the owner? |
| 25 | A. Yes. |